O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7491 AHM (OPx) | Date | November 1, 2010 |
|---|---|---|---|
| Title | HAROLD S., et al. v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

  Petitioners are ORDERED to file true and correct copies of the "Return Receipts" they requested pursuant to their Certificate of Service. They must do so by November 8, 2010.

                                    :

                        Initials of Preparer    SMO